Patrick **CHRISTIAN**, Plaintiff-
Appellant,

v.

**ATTORNEY GENERAL OF
the UNITED STATES,**
Defendant-Appellee.

## No. 17-1198

United States Court of Appeals,
Fourth Circuit.

Submitted: May 30, 2017

Decided: June 8, 2017

Patrick O. Christian, Appellant Pro Se.

Before GREGORY, Chief Judge, and
MOTZ and TRAXLER, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Patrick O. Christian appeals the district
court's order denying relief on his com-
plaint filed pursuant to *Bivens v. Six Un-
known Named Agents of Fed. Bureau of
Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29
L.Ed.2d 619 (1971) and 42 U.S.C. § 1983
(2012). We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Christian v. Attorney Gen.*, No.
3:16-cv-00609-HEH, 2017 WL 694981 (E.D.

Va. Feb. 9, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*